THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AMERICAN SURETY COMPANY OF NEW YORK, Appellant.

(Argued January 21, 1935; decided February 26, 1935.)

*Jeremiah T. Mahoney* and *George A. Spohr, Jr.*, for appellant.

*John J. Bennett, Jr., Attorney-General* (*Hugh Reilly* and *Henry Epstein* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and FINCH, JJ. Not sitting: LOUGHRAN, J.